**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                                    **Case No:  6:19-mj-1275**

**MICHAEL WAGNER,**
_____/

**NOTICE OF APPEARANCE**
**AND SUBSTITUTION OF COUNSEL**

The Office of the Federal Defender has been appointed by the Court to represent

the Defendant, Michael Wagner, in the above-styled cause.

The Clerk is requested to remove Michael Ryan, Assistant Federal Defender, as the

notice counsel, and enter the appearance of Alisha Marie Nair, Assistant Federal Defender,

as counsel for the Defendant.

Dated this 2nd day of May 2019.

                                   DONNA LEE ELM
                                   FEDERAL DEFENDER

                                   _s/ Alisha Marie S. Nair_____
                                   Alisha Marie S. Nair
                                   Assistant Federal Defender
                                   Georgia Bar No. 806033
                                   201 South Orange Avenue, Suite 300
                                   Orlando, FL 32801
                                   Telephone: 407-648-6338
                                   Fax: 407-648-6095
                                   E-Mail: alisha_marie_nair@fd.org

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that undersigned electronically filed the foregoing *Notice of Appearance and Substitution of Counsel* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Emily Chang, Assistant United States Attorney, this the 2nd day of May 2019.

*s/ Alisha Marie S. Nair*
Attorney for Defendant